**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

                      Plaintiff,

v.                                        Case No.: 1:20−cv−04922

                                                  Honorable Sharon Johnson Coleman

First Look Design, Inc.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 20, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 1/20/2021. Counsel for plaintiff reports that the parties have reached a settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice for 6 months. If no motion to reinstate is filed by 7/19/2021, the dismissal shall automatically convert to one with dismissal with no further action by the Court. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.